UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| D.C. AND S.C., individually and on behalf of J.C., <br><br> Plaintiff, <br><br> v. <br><br> LEWISTON SCHOOL DEPARTMENT, <br><br> Defendant. | Docket No. 2:15-cv-279-NT |

### ORDER ON PLAINTIFF'S OBJECTION TO MAGISTRATE JUDGE'S MEMORANDUM DECISION

On June 17, 2016, the United States Magistrate Judge entered his Memorandum Decision on Motions to Present Additional Evidence. (ECF No. 21). The Plaintiffs filed an appeal of the Magistrate Judge's ruling on June 29, 2016. (ECF No. 22). I have reviewed and considered the Magistrate Judge's Memorandum.

I concur with the Magistrate Judge's Memorandum because it is neither clearly erroneous nor contrary to law. Accordingly, the Plaintiffs' objection is overruled, and the Magistrate Judge's Memorandum is **AFFIRMED** pursuant to Federal Rule of Civil Procedure 72(a).

SO ORDERED.

/s/ Nancy Torresen
United States Chief District Judge

Dated this 15th day of September, 2016.